United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIR H. SANATKAR, and VIDA K. SANAKTAR | Case No.: 12-cv-4946 JSC |
| Plaintiffs, | **ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE** |
| v. | |
| JPMORGAN CHASE, N.A., and TITLE TRUST DEED SERVICE COMPANY, | |
| Defendants. | |

Now pending before the Court is Defendant JPMorgan Chase's Motion to Dismiss, filed December 21, 2012.[1] (Dkt. No. 13.)  Plaintiffs have not filed an Opposition or Statement of Nonopposition to the Motion to Dismiss, as required by Local Rule 7-3(b).  Accordingly, the Court hereby ORDERS Plaintiffs to SHOW CAUSE as to why this action should not be dismissed as to JPMorgan Chase for failure to prosecute.  Plaintiffs should file a response to the ORDER to SHOW CAUSE, along with a response to the Motion to Dismiss, on or before March 12, 2013.  If no response is received, this action may be dismissed as to JPMorgan Chase with prejudice, pursuant to Federal Rule of Civil Procedure 41(b), for failure to prosecute.

---

[1] Defendant Title Trust Deed Service Company has not moved to dismiss the Complaint.

1    In addition, the Court hereby VACATES the hearing on the Motion to Dismiss and Case

2   Management Conference currently set for February 28, 2013.

3        **IT IS SO ORDERED.**

4

5   Dated:  February 26, 2013

6                                        _____
                                         JACQUELINE SCOTT CORLEY
7                                        UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court

Northern District of California

2