IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIR H. SANATKAR, and VIDA K. SANAKTAR<br><br>Plaintiffs,<br><br>v.<br><br>TITLE TRUST DEED SERVICE COMPANY,<br><br>Defendant. | Case No.: 12-cv-4946 JSC<br><br>**ORDER DISMISSING CASE** |

On March 25, 2013, the Court issued an Order (1) dismissing JPMorgan Chase Bank, N.A. for failure to prosecute, and (2) scheduling a Case Management Conference ("CMC") for April 25, 2013 at 1:30 p.m. (Dkt. No. 26.) The Court required Plaintiffs and the remaining Defendant, Title Trust Deed Service Company ("Title Trust"), to attend the CMC in person or by telephone. (*Id.*) The Court warned Plaintiffs that failure to attend the CMC may result in the dismissal of Title Trust without prejudice. (*Id.*) Plaintiffs, however, failed to appear or otherwise communicate with the Court. The Court accordingly dismisses Title Trust without prejudice for failure to prosecute.

The Clerk is ordered to close the case.

1 **IT IS SO ORDERED.**

3 Dated: April 26, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

2