United States District Court
Northern District of California

1
2
3
4
5
6
7          IN THE UNITED STATES DISTRICT COURT
8         FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10
11

| | |
|---|---|
| AMIR H. SANATKAR, and VIDA K. SANAKTAR<br><br>          Plaintiffs,<br><br>     v.<br><br>TITLE TRUST DEED SERVICE COMPANY,<br><br>          Defendant. | Case No.: 12-cv-4946 JSC<br><br>**ORDER DISMISSING CASE** |

        On March 25, 2013, the Court issued an Order (1) dismissing JPMorgan Chase Bank, N.A.
for failure to prosecute, and (2) scheduling a Case Management Conference ("CMC") for April 25,
2013 at 1:30 p.m.  (Dkt. No. 26.)  The Court required Plaintiffs and the remaining Defendant, Title
Trust Deed Service Company ("Title Trust"), to attend the CMC in person or by telephone.  (*Id.*)
The Court warned Plaintiffs that failure to attend the CMC may result in the dismissal of Title Trust
without prejudice.  (*Id.*)  Plaintiffs, however, failed to appear or otherwise communicate with the
Court.  The Court accordingly dismisses Title Trust without prejudice for failure to prosecute.
        The Clerk is ordered to close the case.

**IT IS SO ORDERED.**

Dated:  April 26, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

United States District Court
Northern District of California